# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| RONNY SHUMATE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:21-cv-03441-JPB |
| v. | : | |
| | : | |
| NORFOLK SOUTHERN | : | |
| RAILWAY COMPANY, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Ronny Shumate and Defendant Norfolk Southern Railway Company, by counsel, hereby dismiss all of the claims filed in this civil action with prejudice. Each party will bear its own costs, expenses and attorneys' fees.

This 5th day of November, 2021.

By: */s/ John A. Moss*
John A. Moss
Georgia Bar No. 526579
**STEEL & MOSS, LLP**
3495 Piedmont Road, N.E.
Building 11, Suite 905
Atlanta, Georgia 30305
jmoss@steel-moss.com

*Attorney for Plaintiff*

By: */s/ Daryl G. Clarida (by J. Moss w/exp. permission)*
Daryl G. Clarida
Georgia Bar No. 126391
HALL BLOCH GARLAND & MEYER, LLP
900 Circle 75 Pkwy, Suite 500
Atlanta, GA 30339
DarylClarida@hbgm.com

***Attorney for Defendant***

## **CERTIFICATE OF SERVICE**

This is to certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 5th day of November, 2021.

**STEEL & MOSS, LLP**

By: */s/ John A. Moss*
John A. Moss
Georgia Bar No. 526579